**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff/Garnishor, | ) ) ) | |
| vs. | ) ) | Case No. CR-03-108-M |
| SELENA LEE ELLISON, | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| BREATH OF FRESH AIR, and its successors or assigns, | ) ) ) | |
| Garnishee. | ) | |

**ORDER**

On April 29, 2009, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action recommending that an order for disposition of garnished funds be entered in favor of the United States. The parties were advised of their right to object to the Report and Recommendation by May 19, 2009. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court ADOPTS the Report and Recommendation issued by the Magistrate Judge on April 29, 2009. An order for disposition of garnished funds will be issued forthwith.

**IT IS SO ORDERED this 2nd day of June, 2009.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE